UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Alvaro SOSA-Ramirez,<br><br>Defendant | Magistrate Docket No. 08 MJ 0183<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **January 18, 2008** within the Southern District of California, defendant, **Alvaro SOSA-Ramirez,** an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **22nd** DAY OF **JANUARY, 2008.**

Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Alvaro SOSA-Ramirez**

### PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On January 18, 2008 at approximately 10:15 p.m., Border Patrol Agent R. Byrne was performing linewatch operations when the infrared scope operator notified him via Agency radio of four individuals spotted approximately 20 yards north of the United States/Mexico International Boundary Fence. The scope operator followed the suspected illegal aliens who were traveling in a northbound direction until they reached a location closer to Agent Byrnes position near an area known as the "Old Guard Shack". The "Old Guard Shack" is located approximately five miles east of the San Ysidro, California Port of Entry and one mile north of the United States/Mexico International Boundary Fence. Prior to Agent Byrnes impending contact with the group of four, the scope operator notified Agent Byrnes that he had one individual, later identified as defendant **Alvaro SOSA-Ramirez** making hand gestures for the others in the group to crouch down. The defendant was also identified as the individual observed running from the area and attempting to evade apprehension as Agent Byrne got closer. After Agent Byrne apprehended three of the individuals, the scope operator was able to guide Agent Byrne to the defendant's location, where he was attempting to conceal himself in some thick brush. Agent Byrne encountered the defendant and identified himself as a United States Border Patrol Agent and conducted an immigration inspection of the defendant and each of the individuals in the group. Each of the individuals including defendant, freely admitted to being citizens and nationals of Mexico, present in the United States without the proper documents that would allow them to enter or remain legally in the United States. All defendant and the three other individuals were subsequently arrested and transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on April 27, 2007** through **Nogales, Arizona**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.

**Executed on January 19, 2008 at 10:00 a.m.**

_____
Carlos R. Chavez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **January 18, 2008**, in violation of Title 8, United States Code, Section 1326.

_____        1/19/08 @ 3:10 p.m.
Jan M. Adler                            Date/Time
United States Magistrate Judge